IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 12-01103-BKT |
| ANIBAL FERNANDEZ RIVERA | CHAPTER 7 |
| Debtor(s) | |

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "E"**

TO THE HONORABLE COURT:

**COMES NOW, ANIBAL FERNANDEZ RIVERA,** debtor through their undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule E to previously filed schedule "E" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include a priority creditor named Internal Revenue Service, balance owed $1,458.90, postal address PO Box 7346 Philadelphia, PA 19101-7346.*

**WHEREFORE**, the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends

1

notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Rodriguez & Rodriguez Hobbies Bowling CE; to the creditor affected by the amendment: **Internal Revenue Service, balance owed $1,458.90, postal address PO Box 7346 Philadelphia, PA 19101-7346**; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this __2__ day of April, 2012.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL NO (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANIBAL FERNANDEZ RIVERA

Debtor(s)

CASE NUMBER: 12-01103-BKT

CHAPTER 7

### DEBTOR'S VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule E**, consisting of **2sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this __2__ day of April, 2012.

_____
ANIBAL FERNANDEZ RIVERA

IN RE FERNANDEZ RIVERA, ANIBAL _____ Case No. 12-01103-7 _____
  Debtor(s)                                                                                       (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

IN RE FERNANDEZ RIVERA, ANIBAL
Debtor(s)

Case No. 12-01103-7
(If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9989<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | | Taxes: 2009,2010,2011 | | | | 1,458.90 | 1,458.90 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 1,458.90 | $ 1,458.90 | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 1,458.90

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 1,458.90 | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FERNANDEZ RIVERA, ANIBAL
LUIS MUNOZ MORALES
APT 80 E8
CAYEY, PR 00736-5403

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

PROFESSIONAL RESEARCH
COND LE MANS SUITE 206
602 AVE MUNOZ RIVERA
SAN JUAN, PR 00918-3608

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL 32247-7455

JOSE A. SANTINI BONILLA
BOX 552
AIBONITO, PR 00705-0552

SANTANDER FINANCIAL
PO BOX 3711357
CAYEY, PR 00737

ASSOCIATE FINANCIAL SERVICE
PO BOX 837
CAYEY, PR 00737

JULIO R CALDERIN
PO BOX 21382
SAN JUAN, PR 00928-1382

SECURITY CREDIT
CITIBANK NA
2653 W OXFORD LOOP
OXFORD, MS 38655-5442

BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ 85072-3132

LEADING EDGE RECOVERY
HSBC BANK
5440 N CUMBERLAND AVE STE 300
CHICAGO, IL 60656-1490

SECURITY CREDIT SERV
CITIFINANCIAL
2653 W OXFORD LOOP
OXFORD, MS 38655-5442

CAVALRY PORTFOLIO
BANK OF AMERICA/FIA CARD
7 SKYLINE DR STE 350
HAWTHORNE, NY 10532-2162

LEADING EDGE RECOVERY
CITIBANK NA
5440 N CUMBERLAND AVE STE 300
CHICAGO, IL 60656-1490

T-MOBILE
PO BOX 629025
EL DORADO HILLS, CA 95762

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076-0499

MONARCH RECOVERY MANAGEMENT
PO BOX 21089
PHILADELPHIA, PA 19114-0589

WELLS FARGO
PO BOX 21382
RIO PIEDRAS, PR 00928-1382

COOP A/C SAN JOSE
PO BOX 2020
AIBONITO, PR 00705-2020

MUNICIPIO DE CAYEY
PO BOX 371330
CAYEY, PR 00737-1330

FB LEONARD & CO
PO BOX 366220
SAN JUAN, PR 00936-6220

NCO FINANCIAL SYSTEMS
PO BOX 15630 DEPT 19
WILMINGTON, DE 19850-5630

FIRST BANK
MONEY EXPRESS
PO BOX 19327
SAN JUAN, PR 00910-1427

NCO FINANCIAL SYSTEMS
PO BOX 192478
HATO REY, PR 00919-2478

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANIBAL FERNANDEZ RIVERA

Debtor(s)

CASE NUMBER: 12-01103-BKT

CHAPTER 7

### DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"

TO THE HONORABLE COURT:

**COMES NOW, ANIBAL FERNANDEZ RIVERA,** debtor through their undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include an unsecured creditor named T-Mobile, balance owed $873.07, postal address PO Box 629025 El Dorado Hills, CA 95762, and Municipio de Cayey (Patente), balance owed $126.84, postal address PO Box 371330 Cayey, PR 00737-1330.*

**WHEREFORE,** the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

1

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Rodriguez & Rodriguez Hobbies Bowling CE; to the creditor affected by the amendment: ***T-Mobile, postal address PO Box 629025 El Dorado Hills, CA 95762, and Municipio de Cayey (Patente), postal address PO Box 371330 Cayey, PR 00737-1330***; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 2 day of April, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL NO (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANIBAL FERNANDEZ RIVERA

Debtor(s)

CASE NUMBER: 12-01103-BKT

CHAPTER 7

### DEBTOR'S VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule F**, consisting of **4sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this __2__ day of April, 2012.

_____
ANIBAL FERNANDEZ RIVERA

3

B6F (Official Form 6F) (12/07)

IN RE FERNANDEZ RIVERA, ANIBAL
_____
Debtor(s)

Case No. **12-01103-7**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3303** <br> AMERICAN EXPRESS <br> PO BOX 47455 <br> JACKSONVILLE, FL 32247-7455 | | | Revolving account opened 4/05 | | | | 1,523.00 |
| ACCOUNT NO. **9333** <br> ASSOCIATE FINANCIAL SERVICE <br> PO BOX 837 <br> CAYEY, PR 00737 | | | Loan 01/00 | | | | 4,864.00 |
| ACCOUNT NO. **5076** <br> BANK OF AMERICA <br> PO BOX 53132 <br> PHOENIX, AZ 85072-3132 | | | | | | | 5,885.00 |
| ACCOUNT NO. <br> NCO FINANCIAL SYSTEMS <br> PO BOX 192478 <br> HATO REY, PR 00919-2478 | | | Assignee or other notification for: <br> BANK OF AMERICA | | | | |

___3___ continuation sheets attached

Subtotal (Total of this page) $ **12,272.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE FERNANDEZ RIVERA, ANIBAL
_____
Debtor(s)

Case No. 12-01103-7
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7396 <br> CAVALRY PORTFOLIO <br> BANK OF AMERICA/FIA CARD <br> 7 SKYLINE DR STE 350 <br> HAWTHORNE, NY 10532-2162 | | | Open account opened 6/11 | | | | 9,757.00 |
| ACCOUNT NO. 9130 <br> CITIFINANCIAL <br> PO BOX 499 <br> HANOVER, MD 21076-0499 | | | Installment account opened 7/06 | | | | 979.00 |
| ACCOUNT NO. 0619 <br> COOP A/C SAN JOSE <br> PO BOX 2020 <br> AIBONITO, PR 00705-2020 | | | Installment account opened 6/09 | | | | 17,304.00 |
| ACCOUNT NO. <br> JOSE A. SANTINI BONILLA <br> BOX 552 <br> AIBONITO, PR 00705-0552 | | | Assignee or other notification for: <br> COOP A/C SAN JOSE | | | | |
| ACCOUNT NO. 8536 <br> FIRST BANK <br> MONEY EXPRESS <br> PO BOX 19327 <br> SAN JUAN, PR 00910-1427 | | | Installment account opened 8/07 | | | | 5,200.00 |
| ACCOUNT NO. <br> PROFESSIONAL RESEARCH <br> COND LE MANS SUITE 206 <br> 602 AVE MUNOZ RIVERA <br> SAN JUAN, PR 00918-3608 | | | Assignee or other notification for: <br> FIRST BANK | | | | |
| ACCOUNT NO. 6643 <br> ISLAND FINANCE <br> PO BOX 195369 <br> SAN JUAN, PR 00919-5369 | | | Installment account opened 7/06 | | | | 3,111.00 |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 36,351.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE FERNANDEZ RIVERA, ANIBAL
_____
Debtor(s)

Case No. 12-01103-7
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6232 LEADING EDGE RECOVERY HSBC BANK 5440 N CUMBERLAND AVE STE 300 CHICAGO, IL 60656-1490 | | | | | | | 677.00 |
| ACCOUNT NO. 6241 LEADING EDGE RECOVERY CITIBANK NA 5440 N CUMBERLAND AVE STE 300 CHICAGO, IL 60656-1490 | | | | | | | 2,584.00 |
| ACCOUNT NO. 9989 MUNICIPIO DE CAYEY PO BOX 371330 CAYEY, PR 00737-1330 | | | Patente | | | | 126.84 |
| ACCOUNT NO. 1000 RELIABLE FINANCIAL SERVICES PO BOX 21382 SAN JUAN, PR 00928-1382 | | | Installment account opened 2/06 Deficiency 2005 Suzuki Aerio | | | | 310.00 |
| ACCOUNT NO. JULIO R CALDERIN PO BOX 21382 SAN JUAN, PR 00928-1382 | | | Assignee or other notification for: RELIABLE FINANCIAL SERVICES | | | | |
| ACCOUNT NO. 6643 SANTANDER FINANCIAL PO BOX 3711357 CAYEY, PR 00737 | | | | | | | 3,110.94 |
| ACCOUNT NO. FB LEONARD & CO PO BOX 366220 SAN JUAN, PR 00936-6220 | | | Assignee or other notification for: SANTANDER FINANCIAL | | | | |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 6,808.78

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE FERNANDEZ RIVERA, ANIBAL _____ Case No. 12-01103-7
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9558<br>SECURITY CREDIT<br>CITIBANK NA<br>2653 W OXFORD LOOP<br>OXFORD, MS 38655-5442 | | | Open account opened 5/10 | | | | 3,178.76 |
| ACCOUNT NO.<br>MONARCH RECOVERY MANAGEMENT<br>PO BOX 21089<br>PHILADELPHIA, PA 19114-0589 | | | Assignee or other notification for:<br>SECURITY CREDIT | | | | |
| ACCOUNT NO. 3689<br>SECURITY CREDIT SERV<br>CITIFINANCIAL<br>2653 W OXFORD LOOP<br>OXFORD, MS 38655-5442 | | | Open account opened 10/09 | | | | 1,416.57 |
| ACCOUNT NO.<br>NCO FINANCIAL SYSTEMS<br>PO BOX 15630 DEPT 19<br>WILMINGTON, DE 19850-5630 | | | Assignee or other notification for:<br>SECURITY CREDIT SERV | | | | |
| ACCOUNT NO. 0982<br>T-MOBILE<br>PO BOX 629025<br>EL DORADO HILLS, CA 95762 | | | | | | | 873.07 |
| ACCOUNT NO. 3000<br>WELLS FARGO<br>PO BOX 21382<br>RIO PIEDRAS, PR 00928-1382 | | | Installment account opened 2/06 | | | | 1,056.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 6,524.40

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 61,956.18

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

FERNANDEZ RIVERA, ANIBAL
LUIS MUNOZ MORALES
APT 80 E8
CAYEY, PR 00736-5403

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

PROFESSIONAL RESEARCH
COND LE MANS SUITE 206
602 AVE MUNOZ RIVERA
SAN JUAN, PR 00918-3608

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL 32247-7455

JOSE A. SANTINI BONILLA
BOX 552
AIBONITO, PR 00705-0552

SANTANDER FINANCIAL
PO BOX 3711357
CAYEY, PR 00737

ASSOCIATE FINANCIAL SERVICE
PO BOX 837
CAYEY, PR 00737

JULIO R CALDERIN
PO BOX 21382
SAN JUAN, PR 00928-1382

SECURITY CREDIT
CITIBANK NA
2653 W OXFORD LOOP
OXFORD, MS 38655-5442

BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ 85072-3132

LEADING EDGE RECOVERY
HSBC BANK
5440 N CUMBERLAND AVE STE 300
CHICAGO, IL 60656-1490

SECURITY CREDIT SERV
CITIFINANCIAL
2653 W OXFORD LOOP
OXFORD, MS 38655-5442

CAVALRY PORTFOLIO
BANK OF AMERICA/FIA CARD
7 SKYLINE DR STE 350
HAWTHORNE, NY 10532-2162

LEADING EDGE RECOVERY
CITIBANK NA
5440 N CUMBERLAND AVE STE 300
CHICAGO, IL 60656-1490

T-MOBILE
PO BOX 629025
EL DORADO HILLS, CA 95762

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076-0499

MONARCH RECOVERY MANAGEMENT
PO BOX 21089
PHILADELPHIA, PA 19114-0589

WELLS FARGO
PO BOX 21382
RIO PIEDRAS, PR 00928-1382

COOP A/C SAN JOSE
PO BOX 2020
AIBONITO, PR 00705-2020

MUNICIPIO DE CAYEY
PO BOX 371330
CAYEY, PR 00737-1330

FB LEONARD & CO
PO BOX 366220
SAN JUAN, PR 00936-6220

NCO FINANCIAL SYSTEMS
PO BOX 15630 DEPT 19
WILMINGTON, DE 19850-5630

FIRST BANK
MONEY EXPRESS
PO BOX 19327
SAN JUAN, PR 00910-1427

NCO FINANCIAL SYSTEMS
PO BOX 192478
HATO REY, PR 00919-2478